UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 MAY -9 P 2: 00

_____
DEPUTY CLERK

**MARK D. REYNOLDS**
Plaintiff,
v.

**WAL-MART ASSOCIATES, INC,
RETAIL STORE # 2081**
Respondent

**COMPLAINT**
**28 U.S.C.S §2680**

## COMPLAINT WITH JURY DEMAND

This is a personal injury action filed by Mark D. Reynolds, a citizen of the State of Maine, for reckless disregard. The complaint describes an incident whereby plaintiff was seriously injured while he was a shopper at the Wal-Mart store in Clearwater, Florida.

### JURISDICTION

1. The Court has jurisdiction over the plaintiff's claim under 28 U.S.C.S.

### FACTS

2. The plaintiff, Mark D. Reynolds, was a shopper at the Clearwater, Florida, Wal-Mart during the events described in this complaint.

3. Defendants Wal-Mart Associates, Inc. were the corporate entities during the events described in this complaint.

4. Plaintiff went to fill a prescription at the Wal-Mart pharmacy counter.

5. While leaving the store plaintiff slipped on a soda that was spilled on the floor by the exit door.

6. Plaintiff then reported the accident to an assistant manager who in turn provided plaintiff ice for his injuries.

7. Wal-Mart staff did not seek medical attention for plaintiff.

8. Plaintiff was rushed to the hospital and checked out at the emergency room.

9. Plaintiff suffered head, neck, back, and shoulder injuries.

10. Plaintiff has contacted respondents on numerous occasions since the accident and has been informed that they were not at fault for the plaintiff's injuries.

**WHEREFORE**, the plaintiff requests the Court enter judgment in his favor for the injuries he suffered at the respondent Wal-Wart, Associates, Inc., in an amount deemed appropriate to make him whole, and to cover his pain and suffering.

Respectfully submitted,

**Mark D. Reynolds**, pro se
17 Mallison Falls Rd.
Windham, Me. 04062.